Prob 12AP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Miguel Angel ALDACO |
| **Docket Number:** | 1:95CR5314-02-REC |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02-10-97 |
| **Original Offense:** | 21 USC 841(a)(1) & 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine (CLASS A FELONY) |
| **Original Sentence:** | 135 mos. BOP; 5 years Supervised Release; $50 special assessment; mandatory testing |
| **Special Conditions:** | Warrantless search; drug aftercare; abstain from the use of alcohol; and, drug testing |
| **Other Court Action:** | None |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 09-01-04 |

NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The information is reported for advisement purposes only; no further Court action is requested at this time.

1.   NEW ARRESTS/CONVICTIONS

**Details of alleged non-compliance:** On January 4, 2006, the releasee was arrested by the Bakersfield Police Department for violation of California Health and Safety Code

**RE:   Miguel Angel ALDACO**
         Docket Number:  1:95CR5314-02-REC

Sections 11379(A) - Transportation or Sale of a Controlled Substance - Methamphetamine;
Section 11377(A) - Possession of a Controlled Substance - Methamphetamine.

**United States Probation Officer plan/justification:**  The releasee is currently out of custody on a $10,000 bond awaiting his next court date of January 31, 2006, in Kern County Superior Court case #BF113209A.  It is the recommendation of this officer that no action be taken until a disposition has been reached on the state case, at which time the probation officer will notify the Court with an appropriate recommended action.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**United States Probation Officer**
Telephone:  (661) 861-4354

**DATED:**   January 26, 2006
            Bakersfield, California
            FE:dk

            /s/ Rick C. Louviere
**Reviewed by:** _____
            **RICK C. LOUVIERE**
            **Supervising United States Probation Officer**

No response will be necessary for this notice unless the Court directs that additional action be taken.  If the Court desires additional action or information, please call this officer at (661) 861-4354.  Your Honor's signature below signifies the Court has reviewed this report.

January 31, 2006            /s/ OLIVER W. WANGER

**Date**                    **Signature of Judicial Officer**

Attachment:  PSR (Sacramento only)

2

Rev. 02/2004
PROB12AP.MRG