Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Miguel Angel ALDACO |
| **Docket Number:** | 1:95CR5314-02-REC |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02-10-97 |
| **Original Offense:** | 21 USC 841(a)(1) & 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine<br>(CLASS A FELONY) |
| **Original Sentence:** | 135 mos. BOP; 5 years Supervised Release; $50 special assessment; mandatory testing |
| **Special Conditions:** | Warrantless search; drug aftercare; abstain from the use of alcohol; and, drug testing |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 09-01-04 |
| **Assistant U.S. Attorney:** | Kevin Rooney        Telephone:  (559) 497-4000 |
| **Defense Attorney:** | James Heusdens    Telephone:  (209) 781-0610 |

**Other Court Action:**

<u>01-26-06</u>:                Court notified of new arrest; no action recommended.

Rev. 04/2005
PROB12B.MRG

RE:  Miguel Angel ALDACO
     Docket Number:  1:95CR5314-02-REC
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential community correctional center, for a period not to exceed 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11). The defendant shall pay cost of confinement as determined by the Bureau of Prisons.

**Justification:**  On January 4, 2006, the releasee was arrested by the Bakersfield Police Department for violation of California Health and Safety Code Section 11379(A) - Transportation of a Controlled Substance - Methamphetamine and Section 11377(A) - Possession of a Controlled Substance - Methamphetamine.

On said date the releasee was a passenger in a vehicle with three other individuals when Bakersfield Police Officers executed a search warrant. The releasee was found to be in possession of a useable amount of methamphetamine.

On January 30, 2006, the releasee appeared in Kern County Superior Court, case number BF113209A, and pled nolo contendere to violation of Health and Safety Code Section 11379(A) - Transportation of a Controlled Substance. The violation of Health and Safety Code Section 11377(A) - Possession of a Controlled Substance was dismissed in the furtherance of justice. The releasee was deemed eligible for drug diversion pursuant to California Penal Code Section 1210.1(A) and placed on three years formal probation, special conditions included not to possess controlled substances, abstain from alcohol, completion of drug treatment program and registration pursuant to California Health and Safety Code Section 11590.

**RE:**   **Miguel Angel ALDACO**
**Docket Number:  1:95CR5314-02-REC**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

On February 7, 2006, the defendant reported to the probation office as instructed and signed the Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release agreeing to reside and participate in a residential community corrections center for a period not to exceed 120 days.  It was further discussed that any future violations would result in the releasee returning to court for a revocation hearing.

Lastly, on February 25, 2006, the releasee was arrested by the Bakersfield Police Department for violation of California Penal Code Section 647(f) - Public Intoxication.  The releasee was advised that his continued issues with law enforcement at some point will begin to test the Court's patience.

The releasee has however made some positive strides in that he has maintained full time employment since his release from custody and more recently obtained his own residence away from the crime plaqued area where he once resided.  This officer would request that, despite another arrest, the releasee still be allowed to reside at the community corrections center for a period of 120 days.

**RE:   Miguel Angel ALDACO**
      Docket Number:  1:95CR5314-02-REC
      <u>PETITION TO MODIFY THE CONDITIONS OR TERM</u>
      <u>OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**United States Probation Officer**
Telephone:  (661) 861-4354

**DATED:**   March 2, 2006
            Bakersfield, California
            FE:dk

                     /s/ Rick C. Louviere
**REVIEWED BY:**  _____
                **RICK C. LOUVIERE**
                **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   <u>March 3, 2006</u>**              <u>    /s/ Oliver W. Wanger    </u>
emm0d6                                 UNITED STATES DISTRICT JUDGE